# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-03685-UA (JCR) | Date | July 31, 2008 |
|---|---|---|---|
| Title | **TIMOTHY PEOPLES v. BARBER, et al.** | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | | |
|---|---|---|---|
| Deb Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING MOTION TO REDRESS**

  On July 1, 2008, Timothy Peoples ("Plaintiff") filed a "Motion to Redress In Forma Pauperis Status" ("Motion"). The Motion is DENIED.

  **IT IS SO ORDERED.**

Initials of Preparer   DTS